# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00372-CR

**Christopher D. Hyde, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
### NO. CR2010-504, HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

We previously abated this appeal and ordered the trial court to conduct a hearing to determine, in part, whether appellant Christopher D. Hyde wished to continue his prosecution of this appeal. *See* Tex. R. App. P. 38.8(b)(2), (3). We also ordered the trial court to forward a record of the hearing, including copies of all findings and any orders, to the Clerk of this Court for filing as a supplemental record, which it did. The supplemental record includes a motion to dismiss the appeal signed by Hyde and his attorney. *See* Tex. R. App. P. 2, 42.2(a). Accordingly, we order the appeal reinstated, grant the motion, and dismiss this appeal. *See* Tex. R. App. P. 43.2(f).

_____

Scott K. Field, Justice

Before Justices Puryear, Goodwin, and Field

Dismissed on Appellant's Motion

Filed:   June 20, 2014

Do Not Publish